## GOETTEE *v.* LANE.

*Lumpkin, J.*—Under the facts disclosed by the record, there was no abuse of discretion in granting the interlocutory injunction.
August 3, 1896.                                         *Judgment affirmed.*

Injunction.    Before Judge Gamble.    Emanuel county.
March 11, 1896.

*A. C. Wright,* for plaintiff in error.